PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
SUE AUGUSTIN

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
KATE SAGERS SBN 317747, kxs@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
ESA P. Portfolio Operating Lessee, LLC dba Extended Stay America
and ESA P Portfolio, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SUE AUGUSTIN,<br><br>          Plaintiff,<br><br>   v.<br><br>ESA P. PORTFOLIO OPERATING LESSEE, LLC dba EXTENDED STAY AMERICA;  and ESA P PORTFOLIO, LLC,<br>          Defendants. | 3:19-cv-03776-WHA<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

   IT IS HEREBY STIPULATED by and between Plaintiff SUE AUGUSTIN ("Plaintiff") and Defendants ESA P. PORTFOLIO OPERATING LESSEE, LLC dba EXTENDED STAY AMERICA  and ESA P PORTFOLIO, LLC, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice in its entirety.

1  The Parties have entered into a Settlement Agreement and General Release which
2  resolves all aspects of this action as to Plaintiff's claims as to Defendants.
3  **IT IS SO STIPULATED.**

4  Dated: June 19, 2020                          REIN & CLEFTON

              */s/ Aaron M. Clefton*
              By:  AARON M. CLEFTON, ESQ.
              Attorneys for Plaintiff
              SUE AUGUSTIN

Dated: June 19, 2020                          JEFFER MANGELS BUTLER & MITCHELL LLP

              */s/ Stuart Tubis*
              By:  STUART TUBIS, ESQ.
              Attorneys for Defendants
              ESA P. PORTFOLIO OPERATING LESSEE, LLC
              dba EXTENDED STAY AMERICA and ESA P
              PORTFOLIO, LLC

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with the Rein & Clefton, Attorneys at Law, received the concurrence of Stuart Tubis in the filing of this document.

              */s/ Aaron Clefton*
              AARON CLEFTON, ESQ.

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __June 22__, 2020

_____
Honorable William A. Alsup
U.S. District Court Judge

- 3 -